IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LUCIANO RAMIREZ SALAZAR                                                    PETITIONER
Reg #08125-097

vs.                                    Case No. 2:10CV00193-JMM-JTK

T.C. OUTLAW, Warden,
FCI - Forrest City                                                         RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's argument in his Response that the petition should be denied because Petitioner is raising claims not cognizable under 28 U.S.C. § 2241. (Doc. No. 14) Petitioner may reply to any other argument in the Response.

IT SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE