**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| LUCIANO RAMIREZ SALAZAR, ) <br> Reg #08125-097 ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> T C OUTLAW, Warden, FCI – Forrest City ) <br>    Respondent. ) | **Case No. 2:10-CV-00193 JMM-JTK** |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. Petitioner has filed objections to the Proposed Findings and Recommendations. After careful review of the findings and recommendations and objections, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this   18   day of   April   , 2012.

_____
James M. Moody
United States District Judge