**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

LUCIANO RAMIREZ SALAZAR,                    )
Reg #08125-097                                        )
    Petitioner,                                     )          **Case No. 2:10-CV-00193 JMM-JTK**
                                                        )
v.                                                            )
                                                        )
T C OUTLAW, Warden, FCI – Forrest City    )
    Respondent.                                    )

## <u>ORDER</u>

       The Court has received the Proposed Findings and Recommendations from United States

Magistrate Judge Jerome T. Kearney.  Petitioner has filed objections to the Proposed Findings and

Recommendations.  After careful review of the findings and recommendations and objections, as

well as a *de novo* review of the record, the Court concludes that the findings and recommendations

should be, and are hereby, approved and adopted in their entirety as this Court's findings in all

respects.

       Accordingly, judgment shall be entered dismissing this complaint with prejudice.

       IT IS SO ORDERED this __18__ day of __April__, 2012.


                                       _____
                                       James M. Moody
                                     United States District Judge