## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | |
|---|---|
| LUCIANO RAMIREZ SALAZAR, ) <br> Reg #08125-097 ) <br> Petitioner, ) | **Case No. 2:10-CV-00193 JMM-JTK** |
| ) <br> v. ) <br> ) | |
| T C OUTLAW, Warden, FCI – Forrest City ) <br> Respondent. ) | |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this   18   day of   April , 2012.

_____
James M. Moody
United States District Judge